UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-9-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WALLACE DIXON COX, | ) | |
|     Defendant | ) | |

Before the Court is Defendant's motion to seal, requesting that Defendant's contemporaneously filed Sentencing Memorandum be filed under seal. Having considered the premises advanced in the Defendant's motion, the motion is ALLOWED and the clerk is directed to file Defendant's contemporaneously filed Sentencing Memorandum under seal.

SO ORDERED. This 29th June 2011.

JAMES C. FOX
Senior U.S. District Judge