THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-00009-1F
No. 7:11-CR-00009-2F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| WALLACE DIXON COX | ) | |
| LISA ANNETTE COX | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court for review of the CJA 23 Financial Affidavits filed by Defendant Wallace Dixon Cox [DE-54] and Defendant Lisa Annette Cox [DE-55] (collectively "Defendants"). The Court has considered Defendants' applications in their entirety. Based on Defendants' disclosure of substantial assets, including more than $4,500,000.00 in real property and $149,000.00 in personal property, the Court finds that Defendants have *not* demonstrated eligibility for appointment of counsel at government expense. Accordingly, Defendants' applications for court-appointed counsel are **DENIED**. In conformity with Senior Judge Fox's August 12, 2011 Order [DE-52], Defendants are **DIRECTED** to cause private counsel to file a Notice of Appearance or, alternatively, to advise the Court that they intend to proceed without counsel on or before **September 15, 2011**.

This the 16th day of August, 2010.

DAVID W. DANIEL
United States Magistrate Judge